IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ZORAN CORPORATION
DERIVATIVE LITIGATION

No. C 06-05503 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO RESCHEDULE HEARING**

This document relates to:

All Actions

_____/

    The Court has received plaintiff Milton Pfeiffer's letter dated December 28, 2006. Good cause has not been shown to reschedule the hearing. In the future, motions should be made in a formal manner. Please do not send letters to the Court.

**IT IS SO ORDERED.**

Dated: January 3, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2006Civ\06-05503 Pfeiffer\deny reschedule hearing.wpd