```
1   SUSAN S. MUCK (CSB NO. 126930)
    JEDEDIAH WAKEFIELD (CSB NO. 178058)
2   FENWICK & WEST LLP
    555 California Street, 12th Floor
3   San Francisco, CA 94104
    Telephone: (415) 875-2300
4   Facsimile: (415) 281-1350
    smuck@fenwick.com
5   jwakefield@fenwick.com

6   JAY L. POMERANTZ (CSB NO. 209869)
    FELIX S. LEE (CSB NO. 197084)
7   ERIC BALL (CSB NO. 241327)
    FENWICK & WEST LLP
8   Silicon Valley Center
    801 California Street
9   Mountain View, CA 94041
    Telephone: (650) 988-8500
10  Facsimile: (650) 938-5200
    jpomerantz@fenwick.com
11  flee@fenwick.com
    eball@fenwick.com
12
    Attorneys for Defendants Uzia Galil, Levy
13  Gerzberg, Karl Schneider, Isaac Shenberg, Raymond
    A. Burgess, James D. Meindl, James B. Owens, Jr.,
14  David Rynne, Arthur B. Stabenow, Philip M.
    Young, Paul R. Goldberg, Camillo Martino, Alex
15  Sinar and nominal defendant Zoran Corporation
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION | Case No. C 06-05503 WHA<br><br>[PROPOSED] ORDER TO EXTEND THE TIME TO SELECT A MEDIATOR AND COMPLETE MEDIATION |
|---|---|
| This Document Relates To: All Actions | |

WHEREAS on December 8, 2006, the Court instructed the parties that in the event that they elected to enter into private mediation, that the mediator would have to be chosen by January 31, 2007, and that such mediation would have to be completed by March 31, 2007;

WHEREAS on January 18, 2007, the Court heard the parties' joint request to continue the date to select a mediator from January 31, 2007 to thirty (30) days after the decision by the Court on the Defendants' motion to dismiss, and to continue the date to complete the mediation from March 31, 2007 to sixty (60) days after the selection of a mediator;

Having considered the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

(1) The deadline to select a mediator is continued from January 31, 2007 to thirty (30) days after the decision by the Court on the Defendants' motion to dismiss.

(2) The date to complete the private mediation is continued from March 31, 2007 to sixty (60) days after the selection of a mediator.

IT IS SO ORDERED.

Dated: January 29, 2007

The Hon. William H. Alsup
United States District Judge

[PROPOSED] ORDER TO EXTEND THE
TIME TO SELECT A MEDIATOR AND                                      2                                  CASE NO. C 06-05503 WHA
COMPLETE THE MEDIATION