IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION | No. C 06-05503 WHA |
| This Document Relates To: All Actions | **ORDER RE SELECTION OF LEAD COUNSEL** |

     Pursuant to the Court's order dated January 18, 2007, lead plaintiff del Rosario must file a declaration detailing his due diligence in selecting lead counsel. This declaration should identify the law firms from whom del Rosario sought proposals, what those proposals were, when they were sought and received, and why del Rosario chose the counsel that he did. The declaration should be filed under seal with the Court and not served on opposing parties. Until this is done, plaintiff's choice of lead counsel will not be approved.

**IT IS SO ORDERED.**

Dated: February 12, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE