IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION <br><br> ──────────────────────────── <br><br> This Document Relates To: <br><br> ALL ACTIONS <br> ──────────────────────────/ | No. C 06-05503 WHA <br><br> **ORDER DENYING STIPULATION RE SCHEDULE FOR DEFENDANTS' RESPONSES** |

  The parties' stipulation to delay addressing any individual defendants' motions to dismiss until after resolution of Zoran's motion regarding standing is **DENIED**. The briefing schedule for defendants' responses to the consolidated verified derivative complaint remains in place.

  All defendants' motions should be addressed in a single, consolidated brief. It may not exceed 35 double-spaced pages in length. Plaintiff's opposition brief may not exceed 35 double-spaced pages in length. Defendants should file a single, consolidated reply brief. It may not exceed 20 double-spaced pages in length.

  **IT IS SO ORDERED.**

Dated: April 3, 2007.

                     WILLIAM ALSUP
                     UNITED STATES DISTRICT JUDGE

2