IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS / | No. C 06-05503 WHA<br><br>**ORDER RE DEFENDANTS' SUPPLEMENTAL BRIEFING** |

     The Court wishes to have some further information regarding the allegedly backdated grant made on November 23, 2005. Along with their response to plaintiff's supplemental briefing, defendants are requested to submit the closing price of Zoran's stock for each trading day between November 23, 2005, and December 1, 2005. This information should be submitted along with defendants' supplemental briefing due on Wednesday, May 23, 2007, at noon.

**IT IS SO ORDERED.**

Dated:  May 21, 2007.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE