**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ZORAN CORPORATION

DERIVATIVE LITIGATION

_____

This Document Relates To:

ALL ACTIONS

_____/

No. C 06-05503 WHA

**ORDER RE DEFENDANTS'
RESPONSE TO PLAINTIFF'S
MOTION FOR EXTENSION
OF TIME**

Defendants should file any response to plaintiff's motion for extension of time no later than **MONDAY, JUNE 18, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated:  June 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE