1  Juli E. Farris (CSB No. 141716)
   jfarris@kellerrohrback.com
2  **KELLER ROHRBACK L.L.P.**
   1201 Third Avenue, Suite 3200
3  Seattle, WA 98101
   Telephone: (206) 623-1900
4  Facsimile: (206) 623-3384

5  *Attorneys for Lead Plaintiff Gerald del Rosario*

6  Susan S. Muck (CSB No. 126930)
   smuck@fenwick.com
7  **FENWICK & WEST LLP**
   Embarcadero Center West
8  555 California Street, Suite 1200
   San Francisco, CA  94104
9  Telephone:  (415) 875-2300
   Facsimile:  (415) 281-1350
10

11 *Attorneys for Defendants Uzia Galil, Levy Gerzberg, Karl Schneider, Raymond A. Burgess, James D. Meindl, James B. Owens, Jr., Arthur B. Stabenow, and Camillo Martino*

12

13 Steven S. Kaufhold (CSB No. 157195)
   skaufhold@akingump.com
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
14 580 California, Suite 1500
   San Francisco, CA  94101
15 Telephone: (415) 765-9500
   Facsimile: (415) 765-9501
16

17 *Attorneys for Nominal Defendant Zoran Corporation*

18              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
19                   **SAN FRANCISCO DIVISION**

20

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION | No. CV 06-05503 WHA |
| | **DERIVATIVE ACTION** |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER RE ENLARGEMENT OF TIME TO COMPLETE MEDIATION** |
| ALL ACTIONS | |

21
22
23
24
25
26
27
28

CV 06-05503 WHA
STIP AND [PROPOSED] ORDER RE ENLARGEMENT
OF TIME TO COMPLETE MEDIATION

WHEREAS, counsel for the Parties have conferred regarding the case schedule in this Action;

WHEREAS, on December 8, 2006, the Court instructed the Parties that in the event that they elected to enter into private mediation, the mediator would have to be chosen by January 31, 2007, and that such mediation would have to be completed by March 31, 2007;

WHEREAS, on January 29, 2007, upon stipulation by the Parties and for good cause appearing, the Court entered its Order to Extend the Time to Select a Mediator and Complete Mediation ("January 29, 2007 Order"), continuing the deadline to select a mediator from January 31, 2007 to thirty (30) days after the decision by the Court on the Defendants' motion to dismiss, and continuing the date in which to complete such private mediation from March 31, 2007 to sixty (60) days after the selection of a mediator by the Parties;

WHEREAS, on June 5, 2007, the Court entered its Order Granting in Part and Denying in Part Motion to Strike and Granting in Part and Denying in Part Motion to Dismiss, commencing the thirty (30) day period in which the Parties were required to select a mediator should they decide to engage in private mediation;

WHEREAS, on July 5, 2007, within the thirty (30) day time period allotted by the Court in its January 29 Order, the Parties selected the Honorable Judge Daniel Weinstein of JAMS as the mediator in this matter, commencing the sixty (60) day period for completion of the mediation;

WHEREAS, sixty (60) days from July 5, 2007 is September 4, 2007;

WHEREAS, the earliest date that Judge Weinstein has available to conduct the mediation in this matter is September 17, 2007, which is outside of the sixty (60) days allotted by the Court in its January 29, 2007 Order by thirteen days;

WHEREAS, the Parties have confirmed their availability to participate in the mediation on September 17, 2007 and have reserved that date with the mediator;

WHEREAS, enlarging the time for the Parties to conduct the mediation in this matter from September 4, 2007 through September 17, 2007, will not impact any of the other deadlines in this matter;

NOW, THEREFORE, the Parties hereby stipulate that the time period for the Parties to conduct the mediation in this matter be extended from September 4, 2007 through September 17, 2007.

July 13, 2007    /s/ Juli E. Farris
Juli E. Farris (CA Bar No. 141716)
jfarris@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Attorneys for Lead Plaintiff Gerald del Rosario*

July 13, 2007    /s/ Susan S. Muck
Susan S. Muck (CSB No. 126930)
smuck@fenwick.com
**FENWICK & WEST LLP**
Embarcadero Center West
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendants Uzia Galil, Levy Gerzberg, Karl Schneider, Raymond A. Burgess, James D. Meindl, James B. Owens, Jr., Arthur B. Stabenow, and Camillo Martino*

July 13, 2007    /s/ Steven S. Kaufhold
Steven S. Kaufhold (CSB No. 157195)
skaufhold@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, Suite 1500
San Francisco, CA 94101
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Attorneys for Nominal Defendant Zoran Corporation*

CV 06-05503 WHA
STIP AND [PROPOSED] ORDER RE ENLARGEMENT
OF TIME TO COMPLETE MEDIATION

2

1   PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

2

3   DATED:  July 13, 2007

4                                                               Honorable William H. Alsup
                                                                United States District Judge