Juli E. Farris (CSB No. 141716)
jfarris@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Attorneys for Lead Plaintiff Gerald del Rosario*

Susan S. Muck (CSB No. 126930)
smuck@fenwick.com
**FENWICK & WEST LLP**
Embarcadero Center West
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendants Uzia Galil, Levy Gerzberg, Karl Schneider, Raymond A. Burgess, James D. Meindl, James B. Owens, Jr., Arthur B. Stabenow, and Camillo Martino*

Steven S. Kaufhold (CSB No. 157195)
skaufhold@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, Suite 1500
San Francisco, CA 94101
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Attorneys for Nominal Defendant Zoran Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. CV 06-05503 WHA<br><br>**DERIVATIVE ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE STAY OF PROCEEDINGS IN LIGHT OF TENTATIVE SETTLEMENT** |

1    WHEREAS, the Parties to this litigation have been engaged in discovery and other proceedings pursuant to this Court's June 5, 2007 Amended Case Management Order (Docket No. 107);

WHEREAS, pursuant to Court-ordered mediation before the Hon. Charles Legge, the Parties also engaged in protracted settlement negotiations beginning in September 2007 through the present;

WHEREAS, the Parties recently reached an agreement in principle to settle this matter in its entirety, have signed a Memorandum of Understanding memorializing the terms of the settlement, and are now in the process of finalizing a stipulation of settlement and related documents;

WHEREAS, the Parties expect to finalize these documents and present them to this Court within thirty days;

WHEREAS, the Amended Case Management Order specifies that the non-expert discovery cut-off in this matter is February 29, 2008, with deadlines for expert discovery and other matters thereafter; and

WHEREAS, in light of all of these facts the Parties believe it would be most expeditious to suspend discovery and other non-settlement related proceedings for a period of thirty days, in order to focus their efforts and resources on memorializing the settlement for presentation to this court for approval;

NOW, THEREFORE, the Parties hereby stipulate that, subject to Court approval, all non-settlement related proceedings in this matter will be stayed for a period of thirty days and that all related dates and deadlines, including those set forth in the Amended Case Management Order will be taken off calendar.  In the event that the Parties do not execute a stipulation of settlement within thirty days, the Parties will meet and confer promptly regarding an amended case management schedule which they will submit to the Court for consideration.

January 4, 2008              /s/ Juli E. Farris
                             Juli E. Farris (CA Bar No. 141716)
                             jfarris@kellerrohrback.com

**CV 06-05503 WHA**
**STIPULATION AND [PROPOSED] ORDER**
**RE STAY OF PROCEEDINGS IN LIGHT OF TENTATIVE SETTLEMENT**

|     |                        |                                                                 |
| --- | ---------------------- | --------------------------------------------------------------- |
|     |                        | **KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384 |

*Attorneys for Lead Plaintiff Gerald del Rosario*

January 4, 2008                     /s/ Susan S. Muck
                                    Susan S. Muck (CSB No. 126930)
                                    smuck@fenwick.com
                                    **FENWICK & WEST LLP**
                                    Embarcadero Center West
                                    555 California Street, Suite 1200
                                    San Francisco, CA  94104
                                    Telephone:  (415) 875-2300
                                    Facsimile:  (415) 281-1350

*Attorneys for Defendants Uzia Galil, Levy Gerzberg, Karl Schneider, Raymond A. Burgess, James D. Meindl, James B. Owens, Jr., Arthur B. Stabenow, and Camillo Martino*

January 4, 2008                     /s/ Steven S. Kaufhold
                                    Steven S. Kaufhold (CSB No. 157195)
                                    skaufhold@akingump.com
                                    **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                    580 California, Suite 1500
                                    San Francisco, CA  94101
                                    Telephone: (415) 765-9500
                                    Facsimile: (415) 765-9501

*Attorneys for Nominal Defendant Zoran Corporation*

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED:_____          _____
                                     Honorable William H. Alsup
                                     United States District Judge