IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS / | No. C 06-05503 WHA<br><br>**ORDER SETTING CMC ON STIPULATION TO STAY PROCEEDINGS** |

The Court has received the parties' stipulation and request to stay all proceedings for thirty days due to a tentative settlement agreement. In light of the Court's experience that settlement negotiations often fall through, the Court is reluctant to grant a stay on the proceedings in this case. However, the Court will hold a CMC regarding this issue on **THURSDAY, JANUARY 10, 2008, AT 11:00 AM**. In the meantime, discovery will proceed as scheduled.

**IT IS SO ORDERED.**

Dated: January 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE