IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ZORAN CORPORATION
DERIVATIVE LITIGATION

This document relates to:

All Actions

No. C 06-05503 WHA

**ORDER CLARIFYING
SUPPLEMENTAL SUBMISSION
BY COUNSEL**

As part of the submission counsel will make by March 17, 2008, at Noon, counsel shall include a detailed outline of all input variables used in valuing the stock options under the Black-Scholes method, including the relevant stock price, exercise price, time to expiration, stock volatility, and annual interest rate for each set of options being repriced or cancelled. The submission should detail how each of these inputs was initially calculated and at what time they were chosen. The submission should also describe how the Black-Scholes formula was applied to these input variables to arrive at the relevant result. The foregoing should be submitted in addition to the information discussed at the hearing on the motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: March 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE