IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ZORAN CORPORATION
DERIVATIVE LITIGATION

This document relates to:

All Actions

No. C 06-05503 WHA

**FURTHER REQUEST FOR INFORMATION**

In addition to the information previously requested, counsel for all parties should address the following in their submissions:

- Are all of the options sought to be repriced or cancelled currently exercisable? State the precise date they became exercisable.
- In choosing a method to value the amount gained by repricing and cancelling the options, why was the Black-Scholes model used as opposed to the binomial-lattice model?

Please do not ask for any extensions of the March 17 deadline.

Dated: March 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE