IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ZORAN CORPORATION
DERIVATIVE LITIGATION

This document relates to:

All Actions

No. C 06-05503 WHA

**ORDER DENYING REQUEST TO SUBMIT DOCUMENTS FOR IN CAMERA REVIEW**

The parties' request to submit all materials for an in camera review is **DENIED**. Plaintiffs' expert report will eventually have to be shown to opposing counsel in thirty days anyways and good cause has not been shown for the remaining submissions by the parties.

**IT IS SO ORDERED.**

Dated: March 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE