IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ZORAN CORPORATION
DERIVATIVE LITIGATION

No. C 06-05503 WHA

**ORDER DENYING MOTIONS TO SEAL**

This document relates to:

All Actions

_____/

Plaintiff's motion to file the expert report on damages and the supplemental memorandum to the motion for preliminary approval under seal are **DENIED**. Under Federal Rule of Civil Procedure 26(c), the Court may seal documents upon a showing of "good cause" by the party seeking to seal the documents. The party asserting good cause "bears the burden, for each particular document it seeks to protect, of showing that specific prejudice or harm will result if no protective order is granted." *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003). The Ninth Circuit has made clear that there is a strong presumption in favor of public access to court documents. *Kamkana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). It is only after weighing the competing interests of public disclosure and the party who seeks to keep judicial documents secret should a court grant a motion to seal. *Ibid*. Plaintiff and defendants have failed to meet their burden as required by Rule 26(c). No substantive basis has been given to show good cause for sealing the documents. In addition, a party may not meet their burden by simply designating the documents as

confidential under the protective order.  Such circumstances would confer upon the parties the power to designate nearly any document as confidential.  For the foregoing reasons, plaintiff's motions are **DENIED.**

**IT IS SO ORDERED.**

Dated:  March 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE