IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION<br><br>This document relates to:<br><br>All Actions<br>_____/ | No. C 06-05503 WHA<br><br>**FURTHER REQUEST FOR INFORMATION** |

     Zoran should provide a copy of the special committee's report and findings by **MARCH 25, 2008, AT NOON**.

Dated: March 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE