IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION<br><br>This document relates to:<br><br>All Actions<br>_____ / | No. C 06-05503 WHA<br><br>**NOTICE AND AMENDED CASE MANAGEMENT ORDER** |

As a courtesy for counsel so they can plan for the resumption of discovery and expert reports, the Court intends to deny preliminary approval of settlement and will issue a memorandum opinion explaining why within a few days. The Court will also approve the parties' stipulation to enlarge deadlines to complete discovery. The case management order is amended to adjust the case deadlines as follows:

>Non-expert discovery cutoff and opening expert reports: **MAY 2, 2008**.

>Last day to file dispositive motions: **JUNE 12, 2008**.

>Final pretrial conference: **AUGUST 25, 2008**.

>Jury trial: **SEPTEMBER 29, 2008, AT 7:30 A.M.**

**IT IS SO ORDERED**.

Dated: April 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE