1  Juli E. Farris (CSB No. 141716)
   jfarris@kellerrohrback.com
2  **KELLER ROHRBACK L.L.P.**
   1201 Third Avenue, Suite 3200
3  Seattle, WA 98101
   Telephone: (206) 623-1900
4  Facsimile: (206) 623-3384

5  *Attorneys for Lead Plaintiff Gerald del Rosario*

6  Susan S. Muck (CSB No. 126930)
   smuck@fenwick.com
7  **FENWICK & WEST LLP**
   Embarcadero Center West
8  555 California Street, Suite 1200
   San Francisco, CA  94104
9  Telephone:  (415) 875-2300
   Facsimile:  (415) 281-1350
10
   *Attorneys for Defendants Uzia Galil, Levy Gerzberg, Karl*
11 *Schneider, Raymond A. Burgess, James D. Meindl, James*
   *B. Owens, Jr., Arthur B. Stabenow, and Camillo Martino*
12
   Steven S. Kaufhold (CSB No. 157195)
13 skaufhold@akingump.com
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
14 580 California, Suite 1500
   San Francisco, CA  94101
15 Telephone: (415) 765-9500
   Facsimile: (415) 765-9501
16
   *Attorneys for Nominal Defendant Zoran Corporation*
17

18                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
19                        **SAN FRANCISCO DIVISION**

20

21 IN RE ZORAN CORPORATION           No. CV 06-05503 WHA
   DERIVATIVE LITIGATION
                                     **DERIVATIVE ACTION**
22
                                     **STIPULATION AND [PROPOSED]**
23 This Document Relates To:         **ORDER RE ENLARGEMENT OF**
                                     **DEADLINES TO COMPLETE**
24 ALL ACTIONS                       **DISCOVERY**

25

26

27

28

**CV 06-05503 WHA**
**STIP AND [PROPOSED] ORDER RE ENLARGEMENT**
**OF DEADLINES TO COMPLETE DISCOVERY**

1    WHEREAS, counsel for the Parties have conferred regarding the case schedule in this
2 Action;
3    WHEREAS, on June 6, 2007, this Court entered its amended Case Management Order,
4 establishing deadlines for discovery and expert reports;
5    WHEREAS, on January 11, 2008, the Court moved the deadlines for fact discovery and
6 expert report disclosure to March 14, 2008, and on March, 3, 2008 ordered that "[a]ll deadlines
7 are postponed for four weeks until 3/31/08," pending the Court's resolution of the pending
8 Motion For Preliminary Approval of Proposed Settlement ("Motion for Preliminary Approval");
9    WHEREAS, as of the date of the filing of this Stipulation, the Court had not ruled on the
10 pending Motion for Preliminary Approval;
11    WHEREAS, at the time that the Motion for Preliminary Approval was filed, Plaintiff had
12 noticed 18 depositions and Defendants had noticed five depositions;
13    WHEREAS, the party and third party depositions will need to be rescheduled based upon
14 the witnesses' availability;
15    WHEREAS, the Parties anticipate that motions for protective order may be filed on
16 behalf of some third party witnesses in the event the Parties are not able to reach agreement on
17 the scheduling of such depositions;
18    WHEREAS, some of the party witnesses reside outside this country so that additional
19 travel time may be required to schedule these depositions;
20    WHEREAS, the Parties agree that good cause exists for this request for an extension of
21 time and that ample time for completion of discovery and depositions of relevant witnesses is in
22 the best interest of the Company and shareholders for whom this litigation is brought;
23    NOW, THEREFORE, the Parties hereby stipulate that the time period for the Parties to
24 conduct discovery and for submission of opening expert reports be extended to May 2, 2008, and
25 that all other deadlines be extended accordingly.
26
27
28

**CV 06-05503 WHA**
**STIP AND [PROPOSED] ORDER RE ENLARGEMENT**
**OF DEADLINES TO COMPLETE DISCOVERY**                                                1

| | |
|---|---|
| March 31, 2008 |       /s/ Juli E. Farris<br>Juli E. Farris (CA Bar No. 141716)<br>jfarris@kellerrohrback.com<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br><br>*Attorneys for Lead Plaintiff Gerald del Rosario* |
| March 31, 2008 |       /s/ Susan S. Muck<br>Susan S. Muck (CSB No. 126930)<br>smuck@fenwick.com<br>**FENWICK & WEST LLP**<br>Embarcadero Center West<br>555 California Street, Suite 1200<br>San Francisco, CA  94104<br>Telephone:  (415) 875-2300<br>Facsimile:  (415) 281-1350<br><br>*Attorneys for Defendants Uzia Galil, Levy Gerzberg, Karl Schneider, Raymond A. Burgess, James D. Meindl, James B. Owens, Jr., Arthur B. Stabenow, and Camillo Martino* |
| March 31, 2008 |       /s/ Steven S. Kaufhold<br>Steven S. Kaufhold (CSB No. 157195)<br>skaufhold@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California, Suite 1500<br>San Francisco, CA  94101<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br><br>*Attorneys for Nominal Defendant Zoran Corporation* |

## GENERAL ORDER 45 ATTESTATION

Pursuant to General Order 45, Section X.B., I hereby attest that I have obtained concurrence in the efiling of this document from the above signatories, Susan Muck and Steven Kaufhold.

                                                /s/ Juli E. Farris
                                        Juli E. Farris (CA Bar No. 141716)

1  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

2

3

4  DATED: April 1, 2008.

                                               Honorable William H. Alsup

5                                                 United States District Judge