1  Juli E. Farris (CSB No. 141716)
   jfarris@kellerrohrback.com
2  **KELLER ROHRBACK L.L.P.**
   1201 Third Avenue, Suite 3200
3  Seattle, WA 98101
   Telephone: (206) 623-1900
4  Facsimile: (206) 623-3384

5  *Attorneys for Lead Plaintiff Gerald del Rosario*

6  Susan S. Muck (CSB No. 126930)
   smuck@fenwick.com
7  **FENWICK & WEST LLP**
   Embarcadero Center West
8  555 California Street, Suite 1200
   San Francisco, CA 94104
9  Telephone: (415) 875-2300
   Facsimile: (415) 281-1350

*Attorneys for Defendants Uzia Galil, Levy Gerzberg, Karl Schneider, Raymond A. Burgess, James D. Meindl, James B. Owens, Jr., Arthur B. Stabenow, and Camillo Martino*

Steven S. Kaufhold (CSB No. 157195)
skaufhold@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, Suite 1500
San Francisco, CA 94101
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Attorneys for Nominal Defendant Zoran Corporation*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION | No. CV 06-05503 WHA |
| | **DERIVATIVE ACTION** |
| This Document Relates To: | STIPULATION AND [~~PROPOSED~~] ORDER RE AMENDMENT OF THE CASE MANAGEMENT ORDER |
| ALL ACTIONS | |

1    WHEREAS, counsel for the Parties have conferred regarding the case schedule in this
2 Action;
3    WHEREAS, on April 7, 2008, the Court entered its Order Denying Preliminary Approval
4 of Proposed Settlement of Derivative Action, in which the Court indicated that the Parties could
5 seek an extension of the discovery deadlines, date for dispositive motions, and the trial date in
6 order to prepare their respective cases;
7    WHEREAS, at the time that the Motion for Preliminary Approval was filed, Plaintiff had
8 noticed 18 depositions and Defendants had noticed five depositions;
9    WHEREAS, Plaintiff deposed four individuals in advance of submitting the Motion for
10 Preliminary Approval: Defendants Levy Gerzberg, Karl Schneider, and Raymond Burgess, and
11 non-defendant Zoran employee Connie Fredrickson-Bray;
12    WHEREAS, the Parties previously agreed, in the context of confirmatory discovery, to
13 limit these depositions to less than seven hours;
14    WHEREAS, the Parties disagree as to whether Plaintiff is now entitled to continue these
15 depositions to the extent the prior testimony of each witness lasted less than seven hours;
16    WHEREAS, all Parties have reserved their rights under the Federal Rules with respect to
17 noticing, continuing, or extending the allotted time for each of the above referenced depositions,
18 or for objecting thereto;
19    WHEREAS, Fed. R. Civ. P. 30(a) limits each Party to 10 depositions, absent stipulation
20 of the Parties or leave of Court;
21    WHEREAS, the Parties seek to streamline the deposition schedule to the extent possible,
22 and avoid unnecessary motion practice to the extent possible, while preserving their respective
23 rights and obligations to develop their claims and defenses in this litigation;
24    WHEREAS, the Parties have agreed that Plaintiff be permitted to take the depositions of
25 Defendants Arthur Stabenow, Uzia Galil, and Camillo Martino, and non-defendant Zoran
26 employees Diana Young and Sherry Chapman;
27    WHEREAS, Plaintiff has noticed the depositions of third parties Dennis Sullivan, Paul
28 Blumenstein, Erik Olson and Tim Carey;

1    WHEREAS, at the conclusion of these depositions, Plaintiff reserves the right to seek leave of the Court to depose Defendants James Meindl and James B. Owens, Jr., non-defendant Zoran directors David Rynne and Philip Young, and a Zoran 30(b)(6) representative, if appropriate under the Federal Rules, and Defendants reserve the right to object any such request;

WHEREAS, of the five depositions that have been noticed by Defendants, Plaintiff confirms that he does not presently intend to rely upon testimony of any confidential witness identified in his Consolidated Complaint or upon Gryphon Investigations for the purpose of bringing or opposing dispositive motions or at trial, and based on this representation, Defendants have confirmed that they will not seek the depositions of such witnesses at this time;

WHEREAS, Defendants have noticed the depositions of the Plaintiff and Claudia Kim, and Plaintiff has agreed to be deposed in the Northern District of California;

WHEREAS, the Parties agree that should Plaintiff wish to rely on the testimony of any other individual identified in the deposition notices previously served on him by Defendants, Plaintiff will notify Defendants before submission of such testimony, Defendants will be given the opportunity to depose each such witness, and the parties will cooperate in scheduling such depositions in advance of the deadline for submission of dispositive motions;

WHEREAS, some of the remaining third-party witnesses have indicated that they cannot be available to be deposed in April 2008, but that they can be available in May 2008;

WHEREAS, the Parties agree that good cause exists for this request for an extension of time to complete discovery;

NOW, THEREFORE, the Parties hereby stipulate that:

1. The time period for the Parties to conduct discovery and for submission of opening expert reports be extended to May 30, 2008, and that all other deadlines be extended accordingly;

2. The expert discovery cutoff shall be extended to July 11, 2008;

3. The last day to file dispositive motions shall be extended to July 17, 2008;

4. The final pretrial conference shall be set for September 22, 2008;

5. The jury trial shall be set for October 27, 2008, and;

6. Any other requests for additional depositions or extension beyond the time normally allotted for an individual deposition shall be presented to the Court by motion or stipulation of the Parties, consistent with Fed. R. Civ. P. 30.

April 16, 2008                    /s/ Juli E. Farris
                                  Juli E. Farris (CA Bar No. 141716)
                                  jfarris@kellerrohrback.com
                                  **KELLER ROHRBACK L.L.P.**
                                  1201 Third Avenue, Suite 3200
                                  Seattle, WA 98101
                                  Telephone: (206) 623-1900
                                  Facsimile: (206) 623-3384

                                  *Attorneys for Lead Plaintiff Gerald del Rosario*

April 16, 2008                    /s/ Susan S. Muck
                                  Susan S. Muck (CSB No. 126930)
                                  smuck@fenwick.com
                                  **FENWICK & WEST LLP**
                                  Embarcadero Center West
                                  555 California Street, Suite 1200
                                  San Francisco, CA  94104
                                  Telephone:  (415) 875-2300
                                  Facsimile:  (415) 281-1350

                                  *Attorneys for Defendants Uzia Galil, Levy Gerzberg, Karl Schneider, Raymond A. Burgess, James D. Meindl, James B. Owens, Jr., Arthur B. Stabenow, and Camillo Martino*

April 16, 2008                    /s/ Steven S. Kaufhold
                                  Steven S. Kaufhold (CSB No. 157195)
                                  skaufhold@akingump.com
                                  **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                  580 California, Suite 1500
                                  San Francisco, CA  94101
                                  Telephone: (415) 765-9500
                                  Facsimile: (415) 765-9501

                                  *Attorneys for Nominal Defendant Zoran Corporation*

**GENERAL ORDER 45 ATTESTATION**

Pursuant to General Order 45, Section X.B., I hereby attest that I have obtained concurrence in the efiling of this document from the above signatories, Susan Muck and Steven Kaufhold.

                                                    /s/ Juli E. Farris
                                         Juli E. Farris (CA Bar No. 141716)

Pursuant to the above Stipulation, the Court hereby orders that the Case Management Order is amended to adjust the case deadlines as follows:

1. The non-expert discovery cutoff date and the date for submission of opening expert reports shall be extended to May 30, 2008;

2. The expert discovery cutoff shall be extended to July 7, 2008;

3. The last day to file dispositive motions shall be extended to July 17, 2008;

4. The final pretrial conference shall be set for September 22, 2008; and

5. The jury trial shall be set for October 27, 2008.

DATED: April 21, 2008.

IT IS SO ORDERED
Judge William Alsup

_____
Honorable William H. Alsup
United States District Judge