STEPHEN C. NEAL (Bar No. 170085)
JOHN C. DWYER (Bar No. 136533)
CHRISTOPHER B. DURBIN (Bar No. 218611)
COOLEY GODWARD KRONISH, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

SUSAN S. MUCK (Bar No. 126930)
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

MICHAEL A. SANDS (Bar No. 178788)
FELIX S. LEE (Bar No. 197084)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Defendant LEVY GERZBERG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. CV-06-05503-WHA<br><br>**LEVY GERZBERG'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**(Civ. L.R. 7-11 and 11-5)** |

## MOTION

Pursuant to Civil Local Rules 7-11 and 11-5, Defendant Levy Gerzberg ("Dr. Gerzberg") hereby moves the Court for an order permitting the withdrawal of his counsel of record, Susan S. Muck, Michael A. Sands, and Felix S. Lee of Fenwick & West LLP ("Fenwick"), and the

1  appearance of substitute counsel, Stephen C. Neal, John C. Dwyer, and Christopher B. Durbin of

2  Cooley Godward Kronish, LLP ("Cooley"), on his behalf in this action.  Dr. Gerzberg

3  respectfully submits that said substitution of counsel is in the interests of justice.  Dr. Gerzberg,

4  Fenwick, and Cooley each consent to such withdrawal and substitution of counsel.

5      Accordingly, Dr. Gerzberg respectfully requests that the Court enter an order reflecting

6  this change, and that all necessary changes be made to the Court's records and ECF, and that all

7  future communications regarding this case be directed to the following:

8      STEPHEN C. NEAL (Bar No. 170085)
       JOHN C. DWYER (Bar No. 136533)
9      CHRISTOPHER B. DURBIN (Bar No. 218611)
       COOLEY GODWARD KRONISH, LLP
10     Five Palo Alto Square
       3000 El Camino Real
11     Palo Alto, CA 94306-2155
       Telephone:    (650) 843-5000
12     Facsimile:    (650) 857-0663
       Email: sneal@cooley.com
13     Email: dwyerjc@cooley.com
       Email: cdurbin@cooley.com
14

15     Counsel for Lead Plaintiff, Juli E. Farris of Keller Rohrback LLP, was informed of the

16  proposed substitution on April 14, 2008.  Counsel stated that Lead Plaintiff does not oppose this

17  motion.

18     This motion is not made for purposes of delay or any other improper purpose.

19     WHEREFORE, Dr. Gerzberg respectfully requests this Court enter its Order permitting

20  withdrawal and substitution of counsel for Dr. Gerzberg, and update the Court's ECF system for

21  this case by removing Susan S. Muck, Michael A. Sands, and Felix S. Lee of Fenwick as counsel

22  of record for Dr. Gerzberg and substituting in their place Stephen C. Neal, John C. Dwyer, and

23  Christopher B. Durbin of Cooley as counsel of record for Dr. Gerzberg.

24  ///

25  ///

26  ///

27  ///

28  ///

1   DATED:  April 22, 2008

COOLEY GODWARD KRONISH, LLP

2   STEPHEN C. NEAL (Bar No. 170085)
JOHN C. DWYER (Bar No. 136533)

3   CHRISTOPHER B. DURBIN (Bar No. 218611)
Five Palo Alto Square

4   3000 El Camino Real
Palo Alto, CA 94306-2155

5   Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

6

7   By: _____ /s/ _____

8                             John C. Dwyer

9   Attorney for Defendant
LEVY GERZBERG

10

11  DATED:  April 22, 2008

FENWICK & WEST LLP

12  SUSAN S. MUCK (Bar No. 126930)
555 California Street, Suite 1200

13  San Francisco, CA 94104
Telephone:   (415) 875-2300

14  Facsimile:   (415) 281-1350

15  MICHAEL A. SANDS (Bar No. 178788)
FELIX S. LEE (Bar No. 197084)

16  Silicon Valley Center
801 California Street

17  Mountain View, CA 94041
Telephone:   (650) 988-8500

18  Facsimile:   (650) 938-5200

19  By: _____ /s/ _____

20                            Susan S. Muck

21  Attorney for Individual Defendants
UZIA GALIL, RAYMOND A. BURGESS, JAMES

22  D. MEINDL, JAMES B. OWENS, JR., ARTHUR
B. STABENOW, CAMILLO MARTINO,

23  AHARON AHARON, PAUL GOLDBERG,
ISAAC SHENBERG, AND ALEX SINAR

24

25  DATED:  April 22, 2008

26

27  By: _____ /s/ _____
Dr. Levy Gerzberg, Ph.D.

28

3

1

[PROPOSED] **ORDER**

2      Having reviewed and considered Defendant Levy Gerzberg's Motion for Order

3 Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby

4 orders that Susan S. Muck, Michael A. Sands, and Felix S. Lee of Fenwick & West LLP be

5 permitted to withdraw as counsel of record for Dr. Gerzberg, and that Stephen C. Neal, John C.

6 Dwyer, and Christopher B. Durbin of Cooley Godward Kronish LLP may appear as substitute

7 counsel of record for Dr. Gerzberg.  The Court's ECF system shall be updated to reflect these

8 changes.

9      **IT IS SO ORDERED.**

10

11

12 DATED: _____April 23, 2008._____      _____

13                                        WILLIAM H. ALSUP
                                          United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ATTESTATION</u>

2

Per General Order 45, Section X.B., I hereby attest that I have an authorization for all

3

"conformed" signatures (/s/) within this e-filed document.

4

5

DATED:  April 22, 2008                                      COOLEY GODWARD KRONISH LLP

6

7

By: _____/s/_____

8

John C. Dwyer

9

Attorney for Defendant
LEVY GERZBERG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28