| | |
|---|---|
| Juli E. Farris (CSB No. 141716)<br>jfarris@kellerrohrback.com<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br><br>*Attorneys for Lead Plaintiff Gerald del Rosario*<br><br>Susan S. Muck (CSB No. 126930)<br>smuck@fenwick.com<br>**FENWICK & WEST LLP**<br>555 California Street, Suite 1200<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>*Attorneys for Defendants Uzia Galil, Raymond A. Burgess, James D. Meindl, James B. Owens, Jr., and Arthur B. Stabenow*<br><br>Steven S. Kaufhold (CSB No. 157195)<br>skaufhold@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California, Suite 1500<br>San Francisco, CA 94101<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br><br>*Attorneys for Nominal Defendant Zoran Corporation* | John C. Dwyer (CSB No. 136533)<br>dwyerjc@cooley.com<br>**COOLEY GODWARD KRONISH LLP**<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663<br><br>*Attorneys for Defendant Levy Gerzberg*<br><br>John Hemann (CSB No. 165823)<br>jhemann@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 95104<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>*Attorneys for Defendant Karl Schneider*<br><br>Sara B. Brody (CSB No. 130222)<br>sara.brody@hellerehrman.com<br>**HELLER EHRMAN LLP**<br>333 Bush Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268<br><br>*Attorneys for Defendant Camillo Martino* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. CV 06-05503 WHA<br><br>**DERIVATIVE ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE BY TWO WEEKS** |

1   WHEREAS, counsel for the Parties have conferred regarding the schedule in this Action;

2   WHEREAS, Fed. R. Civ. P. 30(a) limits each Party to 10 depositions, absent stipulation

3   or leave of Court;

4   WHEREAS, Plaintiff to date has taken or scheduled 13 depositions, including non-party

5   witnesses, and the Parties have stipulated that Plaintiff may exceed the prescribed limit of

6   depositions to take those depositions;

7   WHEREAS, Plaintiff seeks to depose an additional four witnesses – David Rynne, James

8   Meindl, James Owens, and Phil Young – and also seeks to continue the deposition of Raymond

9   Burgess, who was previously deposed;

10  WHEREAS, the Parties have agreed that Plaintiff may take the depositions of Messrs.

11  Meindl, Owens and Burgess, and are in negotiations over date, location, method, and duration of

12  these depositions;

13  WHEREAS, the Parties have also exchanged written discovery requests, including

14  interrogatories, responses to which are due shortly;

15  WHEREAS, pursuant to the Court's April 21, 2008 Order, the current deadline for

16  completion of fact discovery is May 30, 2008;

17  WHEREAS, the Parties agree that a two-week extension of the discovery deadline is

18  needed to facilitate the scheduling and orderly completion of depositions and written discovery;

19  WHEREAS, no other dates will be affected by this Stipulation if approved by the Court;

20  NOW, THEREFORE, the Parties hereby stipulate that the time period for the Parties to

21  complete fact discovery will be extended by two weeks until June 13, 2008.

22

23  May 15, 2008                /s/ Juli E. Farris
                                Juli E. Farris (CA Bar No. 141716)
24                              jfarris@kellerrohrback.com
                                **KELLER ROHRBACK L.L.P.**
25                              1201 Third Avenue, Suite 3200
                                Seattle, WA 98101
26                              Telephone: (206) 623-1900
                                Facsimile: (206) 623-3384
27
                                *Attorneys for Lead Plaintiff Gerald del Rosario*
28

| | | |
|---|---|---|
| 1 | May 15, 2008 | /s/ Susan S. Muck |
| 2 | | Susan S. Muck (CSB No. 126930) smuck@fenwick.com |
| | | **FENWICK & WEST LLP** |
| 3 | | 555 California Street, Suite 1200 San Francisco, CA 94104 |
| 4 | | Telephone: (415) 875-2300 Facsimile: (415) 281-1350 |

*Attorneys for Defendants Uzia Galil, Raymond A. Burgess, James D. Meindl, James B. Owens, Jr., and Arthur B. Stabenow*

May 15, 2008                            /s/ Steven S. Kaufhold
Steven S. Kaufhold (CSB No. 157195)
skaufhold@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, Suite 1500
San Francisco, CA 94101
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Attorneys for Nominal Defendant Zoran Corporation*

May 15, 2008                            /s/ John C. Dwyer
John C. Dwyer (CSB No. 136533)
dwyerjc@cooley.com
**COOLEY GODWARD KRONISH LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

*Attorneys for Defendant Levy Gerzberg*

May 15, 2008                            /s/ John Hemann
John Hemann (CSB No. 165823)
jhemann@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 95104
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendant Karl Schneider*

1  May 15, 2008                              /s/ Sara B. Brody
                                         Sara B. Brody (CSB No. 130222)
2                                        sara.brody@hellerehrman.com
                                         **HELLER EHRMAN LLP**
3                                        333 Bush Street
                                         San Francisco, CA 94104
4                                        Telephone: (415) 772-6000
                                         Facsimile: (415) 772-6268
5
                                         *Attorneys for Defendant Camillo Martino*
6

7  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

8

9  DATED: May 20, 2008

10                                       _____
                                         Honorable
11                                       United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE BY TWO WEEKS   3
CV 06-05503 WHA