IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION | No. C 06-05503 WHA |
| | **REQUEST FOR INFORMATION** |
| This document relates to: All Actions | |

For the preliminary approval hearing, please submit declarations setting forth the direct or indirect impact of the carrier payments on the company's expected ongoing premiums to the same carriers.

**IT IS SO ORDERED**.

Dated: June 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE