IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION<br><br>This document relates to:<br><br>All Actions<br>_____ / | No. C 06-05503 WHA<br><br>**ORDER APPROVING NOTICE OF PROPOSED SETTLEMENT SUBJECT TO STATED CONDITIONS** |

The parties' notice of proposed settlement is hereby **APPROVED** subject to the following conditions. The definitions of released claims should be altered to reflect the change discussed at the hearing on the motion for preliminary approval. The notice should also include information on how putative class members could view relevant documents relating to this action — *i.e.*, on a link posted on plaintiffs' counsel website. Lastly, the deadline in which a putative class member can assert an objection to the proposed settlement should be changed to 14 days prior to the hearing on the motion for final approval.

**IT IS SO ORDERED**.

Dated: June 12, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE