IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION <br><br> This document relates to: <br><br> All Actions <br> _____/ | No. C 06-05503 WHA <br><br> **REQUEST FOR BRIEFING FROM ALL PARTIES** |

At the hearing on the motion for final approval of the settlement agreement, the issue of the scope of the release provided for in the settlement was raised by the Court. As part of the release of claims, the parties included all claims that could be brought against Zoran's former counsel, DLA Piper, and its current accounting firm, Price Waterhouse and Coopers as well as other non-defendants. Each of these entities were employed by Zoran at the time the alleged backdating, at issue in this case, took place. These agents have never been defendants herein and plaintiff has never been authorized to sue them. In addition to the material submitted by Friday, please submit by then memoranda on the authority and propriety of expanding the release beyond defendants and their own agents.

**IT IS SO ORDERED**.

Dated: August 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE