1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

14
15
16
17
18
19
20
21
22

| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION | No. CV 06-05503 WHA |
|---|---|
| | DERIVATIVE ACTION |
| This Document Relates To: | [PROPOSED] **FINAL JUDGMENT** |
| ALL ACTIONS | |

23
24
25
26
27
28

[PROPOSED] FINAL JUDGMENT
(CASE NO. C 06-05503 WHA)

**FINAL JUDGMENT**

Pursuant to the terms of the Court's Final Order, dated September 11, 2008, approving the parties' settlement of this case, and the Stipulation of Settlement, dated May 29, 2008 (as modified by the September 11, 2008 Final Order), judgment is hereby entered, and this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: ___September 15___, 2008

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. /s/ Judge William Alsup*